Ralph P. Guenther [SBN 124245]
GUENTHER } MILLER LAW GROUP
601 S. Main Street
Salinas, CA 93901
Telephone:     831.783.3440
Facsimile:     831.796.0390
Email: rguenther@guentherlawgroup.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                               Case No. 21-50330

    NESTOR E. CABASAG                   Chapter 13
    CONSOLACION L. CABASAG,

        Debtors.
_____/

**CERTIFICATE OF SERVICE**

    I declare as follows: I am a citizen of the United States. I am employed in the County of Monterey, California. My business address is 601 S. Main Street, Salinas, CA 93901. I am over the age of 18 years and am not a party to the within entitled cause. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at Guenther | Miller Law Group is deposited with the United States Postal Service that same day in the ordinary course of business.

    On **June 8, 2021** a true and accurate photo-copy of the following documents:
**FIRST AMENDED CHAPTER 13 PLAN**
was placed for service, in Guenther Law Group's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street #268<br>San Jose, CA 95113-3004<br>*Served Electronically Only* | **Chapter 13 Trustee**<br>Devin Derham-Burk, Trustee<br>P.O. Box 50013<br>San Jose, CA 95150<br>*Served Electronically Only* |

*See Exhibit 1 for List of Creditors*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **June 8, 2021,** at Salinas, California.

                                        */s/ Elvira D. Jackson*
                                        Elvira D. Jackson

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 21-50330<br>California Northern Bankruptcy Court<br>San Jose<br>Tue Jun  8 11:08:53 PDT 2021 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jack Le<br>c/o Dunning Law Group APC<br>2000 Van Ness Ave Suite 602<br>San Francisco, CA 94109-3016 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Salinas Valley Memorial Healthcare<br>Dept LA 23171<br>Pasadena, CA 91185-0001 | Syncb/HH Gregg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Consolacion L Cabasag<br>PO Box 10667<br>Salinas, CA 93912-7667 |
| Devin Derham-Burk<br>P.O. Box 50013<br>San Jose, CA 95150-0013 | Nestor E Cabasag<br>PO Box 10667<br>Salinas, CA 93912-7667 | Ralph P. Guenther<br>Guenther Miller Law Group<br>601 S Main St<br>Salinas, CA 93901-3201 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State Board of Equalization<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279 | Department Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |